FILED
FEB 02 2009

A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Feb 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
DISTRICT OF R.I.
UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 15, 2009

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-42)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 882 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 02, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
By Paulette J. Duke
Deputy Clerk

Page 1 of 2

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS**
**LIABILITY LITIGATION**                                      MDL No. 1842

### SCHEDULE CTO-42 -- TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ARKANSAS EASTERN** | | |
| ARE 4 08-4230 | Tammie D. Healey v. Davol, Inc., et al. | CA 09-2742 |
| **ARKANSAS WESTERN** | | |
| ARW 6 08-6115 | Travis Runyan v. Davol, Inc., et al. | CA 09-2743 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 08-8669 | Suzanne Benjamin v. Davol, Inc., et al. | CA 09-2744 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 08-23537 | Calixto S. Garcia v. Davol, Inc., et al. | CA 09-2745 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 08-7150 | Dennise J. Dobrydnia v. Davol, Inc., et al. | CA 09-2746 |
| **KANSAS** | | |
| KS 2 08-2650 | Earl Littleman, Jr. v. Davol, Inc., et al. | CA 09-2747 |
| **MINNESOTA** | | |
| MN 0 08-6445 | Marshall Wright v. C.R. Bard, Inc., et al. | CA 09-2748 |
| MN 0 08-6446 | Jonathan Baity v. C.R. Bard, Inc., et al. | CA 09-2749 |
| MN 0 08-6447 | Jason Osvold v. C.R. Bard, Inc., et al. | CA 09-2750 |
| MN 0 08-6448 | Debra Jo Rath v. C.R. Bard, Inc., et al. | CA 09-2751 |
| MN 0 08-6449 | Kevin Patterson, etc. v. Davol, Inc., et al. | CA 09-2752 |
| MN 0 09-9 | Sylvia Saben v. Davol, Inc., et al. | CA 09-2753 |
| **MISSOURI EASTERN** | | |
| MOE 4 08-1981 | Donald Johnson, et al. v. Davol, Inc., et al. | CA 09-2754 |
| **MISSOURI WESTERN** | | |
| MOW 4 08-975 | Danny English v. Davol, Inc., et al. | CA 09-2755 |
| MOW 4 08-976 | Amy Pointdexter v. Davol, Inc., et al. | CA 09-2756 |
| MOW 4 08-977 | Lori Becker v. Davol, Inc., et al. | CA 09-2757 |
| **NORTH CAROLINA EASTERN** | | |
| NCE 7 08-216 | Laura M. Malter v. Davol, Inc., et al. | CA 09-2758 |

**MDL No. 1842 - Schedule CTO-42 - Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1 08-920 | Robert Grisham v. Davol, Inc., et al. | CA 09-2759 |
| **NEW JERSEY** | | |
| NJ 2 08-6229 | Kenneth Bruce Derden v. Davol, Inc., et al. | CA 09-2760 |
| NJ 2 08-6230 | Rosella Nelson, et al. v. Davol, Inc., et al. | CA 09-2761 |
| NJ 2 08-6231 | Frances Elizabeth Porter v. Davol, Inc., et al. | CA 09-2762 |
| NJ 2 08-6232 | Evelyn Robinson, et al. v. Davol, Inc., et al. | CA 09-2763 |
| NJ 2 08-6233 | Larry F. Walker, et al. v. Davol, Inc., et al. | CA 09-2764 |
| NJ 2 08-6410 | Lawrence A. Castro v. Davol, Inc., et al. | CA 09-2765 |
| NJ 2 08-6412 | H.B. Davis v. Davol, Inc., et al. | CA 09-2766 |
| NJ 2 08-6413 | Adelita Nieto v. Davol, Inc., et al. | CA 09-2767 |
| **NEW YORK EASTERN** | | |
| NYE 2 08-5115 | Leenell Taylor v. Davol, Inc., et al. | CA 09-2768 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 5 08-5561 | Susan Kaltreider, et al. v. Davol, Inc., et al. | CA 09-2769 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-42)

Alejandro Alvarez
ALVAREZ LAW FIRM
355 Palermo Avenue
Coral Gables, FL 33134

Deidre Baumann
BAUMANN & SHULDINER
20 South Clark Street
Suite 500
Chicago, IL 60603

John Andrew Ellis
BOSWELL LAW FIRM
P.O. Box 798
Bryant, AR 72089-0798

James Esparza
ESPARZA LAW FIRM
1434 East 4500 South
# 100
Salt Lake City, UT 84117

Kate E. Gillespie
BAUM HEDLUND ARISTEI
& GOLDMAN PC
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025

Barbara K. Gotthelf
MCCARTER & ENGLISH
1735 Market Street
Suite 700
Philadelphia, PA 19103-7501

Marc David Grossman
SANDERS VIENER
GROSSMAN LLP
100 Herricks Road
Mineola, NY 11501

Amy Collignon Gunn
SIMON & PASSANANTE PC
701 Market Street
Suite 1450
St. Louis, MO 63101

Joe G. Hollingsworth
SPRIGGS &
HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Ramon Rossi Lopez
LOPEZ MCHUGH LLP
North Tower
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660

Gregory Monroe Martin
MARTIN & JONES
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903-7109

Melanie H. Muhlstock
PARKER WAICHMAN
ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

James E. Rolshouse
JAMES ROLSHOUSE &
ASSOCIATES PLLC
1605 Southcross Drive West
Burnsville, MN 55306

Gregory L. Schell
GREGORY L SCHELL LLC
230 South Broad Street
Suite 1050
Philadelphia, PA 19102

Gary K. Shipman
SHIPMAN & WRIGHT LLP
575 Military Cutoff Road
Suite 106
Wilmington, NC 28405

Cameron J. Tario
CHARLES H JOHNSON &
ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION      MDL No. 1842

INVOLVED JUDGES LIST (CTO-42)

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Valerie Baker Fairbank
U.S. District Judge
United States District Court
9 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
208 U.S. Post Office & Courthouse
413 Middle Street
New Bern, NC 28560-8560

Hon. Fernando J. Gaitan, Jr.
Chief Judge, U.S. District Court
7552 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. William J. Hibbler
U.S. District Judge
1262 Everett McKinnley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. David Greg Kays
U.S. District Judge
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Jose L. Linares
U.S. District Judge
Martin Luther King, Jr., Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Case 4:08-cv-04230-BSM   Document 6   Filed 02/02/09   Page 6 of 7

Page 2 of 2

**MDL No. 1842 - Involved Judges List (CTO-42) Continued**

Hon. William J. Martini
U.S. District Judge
4069 Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Eric F. Melgren
U.S. District Judge
United States District Court
423 United States Courthouse
401 North Market Street
Wichita, KS 67202-2000

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold
 U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William L. Osteen, Jr.
U.S. District Judge
United States District Court
L. Richardson Preyer Federal Building
Suite 244
324 West Market Street
Greensboro, NC 27401-7455

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Joanna Seybert
U.S. District Judge
U.S. District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

**MDL No. 1842**

### INVOLVED CLERKS LIST (CTO-42)

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Christopher R. Johnson, Clerk
347 U.S. Post Office & Courthouse
100 Reserve Street
Hot Springs, AR 71901-4143

Terri Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797